## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1928, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday        50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary) 1926, net ................................... $3.00

To non subscribers to Abstract, net............. $5.00

### THE LAW ABSTRACT COMPANY
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.
Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### (Continued from page 724)

19883—Joe Hoyo v. State of Ohio. Motion for Belmont Appeals to certify. Dock. 6-10-26; 4 Abs. 393; OS. Pend. 4 Abs. 489.

19888—Ex Parte Andy Butsch. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-11-26; 4 Abs. 393; OS. Pend. 4 Abs. 425.

19896—Ella McCown, Extrx. v. Mary Bunting. Motion for Columbiana Appeals to certify. Overruled. Dock. 6-16-26; 4 Abs. 404; OA. 4 Abs. 141; OS. Pend. 4 Abs. 552.

19920—George F. Holland, Admr. v. Metropolitan Life Ins. Co. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 6-23-26; 4 Abs. 404; OA. 4 Abs. 698.

20137—Lakewood (City) v. A. Bernstein et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 10-22-26; 4 Abs. 727.

### TUESDAY, OCT. 26, 1926
### GENERAL DOCKET

Beck v. Brush ................................... 20133
Helmbold v. Helmbold ......................... 19884
Seaboard Nat. Bank v. Telas Co.............. 20134
State ex. Ret. Bd. v. Savannah Sch. Dis........ 19387
State ex Teach. Syst. v. Lafayette Sch. Dis....... 19383

### MOTION DOCKET

Binz v. Dusha ................................. 19923
Bradfield v. Fowler ........................... 19890
Bradfield v. Barnesville (City) ................. 19891
Bradley v. Indus. Com. ....................... 19899
Freidberg v. Lee .............................. 19889
Gilmore v. Indus. Com. ....................... 19885
Glick v. Galier .............................. 19895
Helmbold v. Helmbold ......................... 19884
Jankowski v. Fitzsimmons ..................... 19887
Schlenker v. Indus. Com. ..................... 19930
Southard v. State ............................ 19898
Szakowitz v. Gt. Lakes Co. ..................... 19915

### GENERAL DOCKET

19383—State ex teachers' retirement system v. Lafayette school district (Bd. of Ed.) et al. In mandamus. Plaintiff's claim satisfied. Judgment against defendants for costs. Dock. 10-20-25; 4 Abs. 658.

19387—State ex teachers' retirement system v. Savannah School district (Bd. of Ed.) et al. In mandamus. Plaintiff's claim satisfied. Judgment against defendants for costs. Dock. 10-20-25; 4 Abs. 658.

19884—Gustave G. Helmbold v. Mary Helmbold et. Lucas County. Petition in error dismissed; no debatable constitutional question involved. Dock. 6-10-26; 4 Abs. 393; OA. 4 Abs. 532; OS. Pend. 4 Abs. 523.

20133—Parker Beck v. Robert Brush. Motion for Mahoning Appeals to certify. Dismissed for failure to file briefs as provided for in rule 8. Dock. 10-20-26; 4 Abs. 727.

20134—Seaboard Nat. Bank v. Texas Co. Motion for Cuyahoga Appeals to certify. Dismissed on application of plaintiff in error. Dock. 10-20-26; 4 Abs. 727; OA. 4 Abs. 547.

### MOTION DOCKET

19884—Gustave G. Helmbold v. Mary Helmbold et. Motion for Lucas Appeals to certify. Overruled. Dock. 6-10-26; 4 Abs. 393; OA. 4 Abs. 432; OS. Pend. 4 Abs. 523.

19884—Gustave G. Helmbold v. Mary Helmbold et. Motion by defendant to dismiss pet. in error. Sustained. Dock. 6-10-26; 4 Abs. 393; OA. 4 Abs. 432; OS. Pend. 4 Abs. 525.

19885—Katherine Gilmore v. Industrial Commission of Ohio. Motion for Lucas Appeals to certify. Overruled. Dock. 6-10-26; 4 Abs. 393; OS. Pend. 4 Abs. 486.

19887—W. Ladyslaw Jankowski v. Sam B. Fitzsimmons. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-11-26; 4 Abs. 393; OS. Pend. 4 Abs. 538.

19889—A. Friedberg v. George A. Lea et. Motion for Belmont Appeals to certify. Overruled. Dock. 6-11-26; 4 Abs. 393; OS. Pend. 4 Abs. 537.

19890—Gibson Bradfield, et v. William H. Fowler et. Motion for Belmont Appeals to certify. Overruled. Dock. 6-11-26; 4 Abs. 393.

19891—Gibson Bradfield et v. Village of Barnesville. Motion for Belmont Appeals to certify. Overruled. Dock. 6-11-26; 4 Abs. 393; OS. Pend. 4 Abs. 538.

19895—Abraham Glick v. Peter Q. Galier. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-15-26; 4 Abs. 404. OS. Pend. 4 Abs. 552.

19898—James H. Southard v. State of Ohio. Motion for leave to file petition in error to the Lucas Appeals. Overruled. Dock. 6-16-26; 4 Abs. 404; OA. 4 Abs. 584; OS. Pend. 4 Abs. 553.

19899—Margaret T. Bradley v. Industrial Commission.